## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: 2:25-01005 |
| | ) | |
| Plaintiff, | ) | Judge: Watson |
| vs. | ) | Magistrate Judge: Jolson |
| JARA CONSTRUCTION, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

The Defendant, Jara Construction, LLC., having failed to plead or otherwise defend in this action and the default having been entered:

NOW THEREFORE, upon application of the plaintiff for judgment against the defendant in the sum of $1,152,703.79, and based upon a showing that defendant has been defaulted for failure to appear, and that defendant is not an infant or an incompetent person, and not in the military service of the United States,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in the favor of Plaintiff, The United States of America, and against Defendant Jara Construction, LLC, in the amount of $1,152,703.79 plus statutory interest and penalties from August 28, 2025, and court costs.

Date: 1/5/26

CLERK OF COURT

Signature of Clerk or Deputy Clerk